# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**COMMONWEALTH INSURANCE**
**COMPANY as Subrogee of THOMSON**
**CORPORATION d/b/a CREATIVE**
**SOLUTIONS,**

      **Plaintiff,**

                                                  Case No. 04-70265

v.

                                                  HONORABLE DENISE PAGE HOOD

**GLEASON CONSTRUCTION CO., INC.,**
**and SM&P UTILITY RESOURCES, INC.,**

      **Defendants.**
_____/

## ORDER DENYING SM&P UTILITY RESOURCES INC.'S MOTION IN LIMINE TO EXCLUDE TESTIMONY FROM WITNESSES FOR WHOM DISCOVERY WAS NOT PROVIDED AND WHO WERE NOT PRODUCED FOR DEPOSITION

On August 12, 2005, Defendant SM&P Utility Resources, Inc. filed a Motion in Limine to Exclude Testimony From Witnesses for Whom Discovery was Not Provided and Who Were Not Produced for Deposition.  The Motion specifically identifies Witness Richard Delaney.[1]  Defendant Gleason Construction Co., Inc. filed an Objection to SM&P's Motion in Limine to Exclude the Testimony of Richard Delaney on August 15, 2005.   For reasons stated on the record, the Court DENIES SM&P Utility Resources Inc.'s Motion in Limine for reasons stated on the record.

---

[1] The proper name of the witness is Richard Dulaney.

Accordingly,

IT IS ORDERED that Defendant SM&P's Utility Resources, Inc.'s Motion in Limine to Exclude Testimony From Witnesses for Whom Discovery was Not Provided and Who Were Not Produced for Deposition **[Docket No. 32, filed August 12, 2005]**, is DENIED for reasons stated on the record.

IT IS FURTHER ORDERED that Defendant SM&P Utility Resources Inc. have the opportunity to interview or depose Witness Richard Delaney prior to his testimony at trial.

                                                                  /s/ Denise Page Hood
                                                                DENISE PAGE HOOD
                                                                United States District Judge

DATED:  August 22, 2005